THE INDIANAPOLIS AND CINCINNATI RAILROAD COMPANY
*v.* WILLIAMS.

Tuesday,
June 1.

APPEAL from the *Shelby* Court of Common Pleas.

*Per Curiam.*—Appeal dismissed in the Common Pleas for want of a sufficient appeal-bond. The dismissal was wrong. The case is decided by *Carmichael et al.* v. *Holloway*, 9 Ind. R. 519—a case exactly in point.

The judgment is reversed with costs. Cause remanded for trial.

*J. S. Scobey* and *W. Cumback*, for the appellants.